AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Jenkins, Elizabeth A. | **2. Court or Organization**<br><br>U.S. District Court | **3. Date of Report**<br><br>11/16/2016 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination      Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2015<br>to<br>12/31/2015 |
| **7. Chambers or Office Address**<br><br>801 N. Fla. Ave., Ste. 1132<br>Tampa, Florida 33602 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust I |
| 2. | Trustee | Trust II |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 11/16/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. monthly | | State of Florida, wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Forida College of Law | 5/10/15 - 5/11/15 | Gainesville, Fl | education | lodging, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 11/16/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 11/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. HTC, Ltd. | E | Rent | M | W | | | | | |
| 2. - Real Estate, ▓▓▓▓ | E | Rent | M | W | | | | | |
| 3. Real Estate, ▓▓▓▓ ▓ | | None | N | W | | | | | |
| 4. Real Estate, ▓▓▓▓ ▓ | | None | M | W | | | | | |
| 5. Real Estate, ▓▓▓▓ ▓ | | None | M | W | | | | | |
| 6. Wachovia Mon. Mkt. Acct | A | Interest | J | W | | | | | |
| 7. IRA #1 | C | Int./Div. | M | T | | | | | |
| 8. -Art. Int. Fund | | | | | | | | | |
| 9. -Julius Baer Int. Fund | | | | | | | | | |
| 10. -Art Mid-Cap Fund | | | | | | | | | |
| 11. -Schwab Premier Equity Fund | | | | | | | | | |
| 12. Vanguard Star Fund | A | Int./Div. | J | T | | | | | |
| 13. Bank of America acct | A | Interest | K | T | | | | | |
| 14. Schwab Adv. Mon. Mkt Fund | A | Interest | L | T | | | | | |
| 15. Vanguard Primecap Fund* | D | Int./Div. | N | T | | | | | |
| 16. Schwab 1000 Fund | A | Int./Div. | J | T | | | | | |
| 17. Baron Asset Fund | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Grw. Index Fund | A | Int./Div. | J | T | | | | | |
| 19. Vanguard Cap. Opp. Fund | B | Interest | L | T | Buy (add'l) | 05/29/15 | K | | |
| 20. Vanguard Inter-Term Tax-Exempt Fund | A | Interest | K | T | Buy | 06/19/15 | K | | |
| 21. Vanguard Int Grw Fund | A | Int./Div. | L | T | Buy | 03/25/15 | K | | |
| 22. | | | | | Buy (add'l) | 05/21/15 | J | | |
| 23. Vanguard Mid-Cap Grw Index Fund | A | Int./Div. | L | T | Buy | 06/26/15 | K | | |
| 24. | | | L | T | Buy (add'l) | 07/02/15 | K | | |
| 25. Vanguard Total Int Stock Index Fund | A | Int./Div. | K | T | Buy | 06/26/15 | K | | |
| 26. | | | | | Buy (add'l) | 07/02/15 | K | | |
| 27. Vanguard Global Equity Fund (x) | A | Int./Div. | J | T | | | | | |
| 28. Vanguard Dividend Growth Fund (x) | A | Int./Div. | M | T | | | | | |
| 29. Vanguard Growth/Income Fund (x) | A | Int./Div. | K | T | | | | | |
| 30. Berkshire Hathaway B stk | A | Dividend | M | T | Buy | 03/30/15 | K | | |
| 31. | | | | | Buy (add'l) | 07/08/15 | K | | |
| 32. | | | | | Buy (add'l) | 08/27/15 | J | | |
| 33. | | | | | Buy (add'l) | 09/04/15 | J | | |
| 34. | | | | | Buy (add'l) | 09/10/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 11/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 09/23/15 | J | | |
| 36. | | | | | Buy (add'l) | 09/30/15 | J | | |
| 37. Real Estate, Macon County, North Carolina | | | K | W | | | | | |
| 38. Baygulf FCU acc't | A | Interest | L | T | | | | | |
| 39. Wasatch MicroCapvalue Fund | A | Int./Div. | | | Sold | 04/09/15 | J | C | |
| 40. T. Rowe Price Mid-Cap Fund | A | Int./Div. | J | T | | | | | |
| 41. Vanguard Treasury Mon. Mkt. Fund | B | Interest | L | T | | | | | |
| 42. Vanguard Short Term Fed. Fund. Inv. | A | Int./Div. | K | T | | | | | |
| 43. Janus Contrarian Fund | A | Int./Div. | J | T | | | | | |
| 44. Vanguard Tx-Exempt Mon. Mkt Fund * | A | Interest | J | T | | | | | |
| 45. Vanguard Sp. Health Fund | C | Int./Div. | L | T | Buy (add'l) | 06/16/15 | K | | |
| 46. Adobe Com Stk. | A | Dividend | K | T | | | | | |
| 47. Cisco Com. Stk. | A | Dividend | J | U | | | | | |
| 48. T. Rowe Price Em. Mkt. Fund | A | Dividend | J | T | | | | | |
| 49. FBR Small Cap Fund | A | Int./Div. | J | T | | | | | |
| 50. Janus Grw. Inc. Fund | A | Int./Div. | J | T | | | | | |
| 51. Fidelity Select Materials Fund | A | Int./Div. | | | Sold | 04/09/15 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 11/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Janus Global Life Science Fund | A | Int./Div. | K | T | Buy | 02/25/15 | K | | |
| 53. | | | | | Buy (add'l) | 04/14/15 | J | | |
| 54. Glenmede Lge Cap Gr Fund | A | Int./Div. | K | T | Buy | 04/14/15 | K | | |
| 55. FMI Int Fund | A | Int./Div. | | | Buy | 04/14/15 | K | | |
| 56. | | | | | Sold | 12/21/15 | K | A | |
| 57. Janus Venture Fund | A | Int./Div. | K | T | Buy | 04/14/15 | K | | |
| 58. Matthews India Fund | A | Int./Div. | J | T | Buy | 02/25/15 | K | | |
| 59. Trust I: | B | Int./Div. | L | T | | | | | |
| 60. -Merrill Lynch CMA Mon. Mkt. | | | | | | | | | |
| 61. -First Eagle Global Fund | | | | | | | | | |
| 62. -Intrepid Cap Fund | | | | | | | | | |
| 63. -Marketfield Fund | | | | | Sold | 07/02/15 | J | A | |
| 64. -Yacktman Fund | | | | | | | | | |
| 65. -Virtus Premium Alpha Sector Fund Cl I | | | | | | | | | |
| 66. -Gotham Absolute Return Fund | | | | | | | | | |
| 67. IRA #2: | E | Int./Div. | O | T | | | | | |
| 68. -T. Rowe Price Mid-Cap Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 11/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Vanguard Mid-Cap Index Fund | | | | | | | | | |
| 70. -Fed. Mid-Cap. Fund | | | | | | | | | |
| 71. -J.P. Morgan Mid-Cap Value Fund | | | | | | | | | |
| 72. -FRS Lge. Cap. Fund | | | | | | | | | |
| 73. -American New Perspective Fund | | | | | | | | | |
| 74. -Ford Motor Co. Com. Stk. | | | | | | | | | |
| 75. -New York Mtg. Trst. REIT | | | | | | | | | |
| 76. -U.S. Lg Cap Stk Fund | | | | | | | | | |
| 77. -Fidelity Contra Fund | | | | | | | | | |
| 78. -Rydex Bio Tech | | | | | Sold | 12/14/15 | K | B | |
| 79. -Schwab U.S. Lg. Index | | | | | | | | | |
| 80. -Oakmark Global Fund | | | | | Sold | 02/25/15 | J | | |
| 81. -Vanguard Primecap Odyssey Fund | | | | | | | | | |
| 82. -Oakmark Global Fund | | | | | | | | | |
| 83. -Oakmark Stk Fund | | | | | Sold | 02/25/15 | K | C | |
| 84. -Artisan Global Opp. Fund | | | | | Sold | 02/25/15 | K | A | |
| 85. -Matthews India Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 11/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Haliburton common stock | | | | | | | | | |
| 87. -Schwab S & P 500 Index Fund | | | | | Sold | 12/01/15 | J | A | |
| 88. -Janus Intech U.S. Value Fund | | | | | | | | | |
| 89. -Vanguard Strategic Eqt Fund | | | | | | | | | |
| 90. -Burnham Fin. Serv. Fund | | | | | Buy | 12/21/15 | K | | |
| 91. -Navios Maritime Partners stk | | | | | Buy | 08/14/15 | K | | |
| 92. -Glenmede Lg Cap Gr Fund | | | | | Buy | 04/14/15 | K | | |
| 93. -FMI Int Fund | | | | | Buy | 04/14/15 | K | | |
| 94. -Janus Venture Fund | | | | | Buy | 04/14/15 | K | | |
| 95. -Vanguard REIT Index Fund | | | | | Buy | 03/04/15 | K | | |
| 96. -Cohen/Steers Realty Fund | | | | | Buy | 03/04/15 | K | | |
| 97. Sch. Sm. Cap. Equ. Fund | A | Int./Div. | J | T | | | | | |
| 98. Hub. Cap. Sm. Cap Value Fund | A | Int./Div. | | | Sold | 12/14/15 | K | A | |
| 99. ING Corp. Leaders Trst. Fund | A | Int./Div. | J | T | | | | | |
| 100. Janus Enterprise Fund | A | Int./Div. | | | Buy | 04/16/15 | K | | |
| 101. | | | | | Sold | 12/21/15 | K | A | |
| 102. Hennessey Mid-Cap Value Fund | A | Int./Div. | K | T | Buy | 12/21/15 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 11/16/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Glenmede Lg Cap Gr Fund | A | Int./Div. | K | T | Buy | 04/16/15 | K | | |
| 104. Trust II: | B | Int./Div. | L | T | | | | | |
| 105. - Real Estate Alachua County, Florida | | | K | W | | | | | |
| 106. -U.S Treas Bond 2017 | | | | | Sold | 03/18/15 | K | | |
| 107. -U.S. Treas Bond 2018 | | | | | Sold | 03/18/15 | J | | |
| 108. -Abbott Funds stk | | | | | Sold | 03/26/15 | J | | |
| 109. -Abvie stk | | | | | Sold | 03/26/15 | J | | |
| 110. -ATT stk | | | | | Sold | 03/26/15 | J | | |
| 111. --Berk Hath B stk | | | | | Sold | 03/26/15 | J | | |
| 112. -Exon stk | | | | | Sold | 03/26/15 | J | | |
| 113. -Aberdeen LLC | | | | | Sold | 03/26/15 | J | | |
| 114. -Guggenheim multi asset | | | | | Sold | 03/26/15 | J | | |
| 115. -Van Sht Term Bond Fund | | | | | Sold | 03/26/15 | K | | |
| 116. -Guggenheim Canada | | | | | Sold | 03/26/15 | J | | |
| 117. -Hess stk | | | | | Sold | 03/26/15 | J | | |
| 118. -Invesco Inc Fund | | | | | Sold | 03/26/15 | J | | |
| 119. -Johnson and Johnson stk | | | | | Sold | 03/26/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 11/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Kayne Anderson MLP | | | | | Sold | 03/26/15 | J | | |
| 121. -Kraft Foods stk | | | | | Sold | 03/26/15 | J | | |
| 122. -Merck stk | | | | | Sold | 03/26/15 | J | | |
| 123. -Mondelez Int stk | | | | | Sold | 03/26/15 | J | | |
| 124. -Nextera Energy Inc stk | | | | | Sold | 03/26/15 | J | | |
| 125. --Phillip Morris stk | | | | | Sold | 03/26/15 | J | | |
| 126. -Proctor & Gamble | | | | | Sold | 03/26/15 | J | | |
| 127. -Southern Company stk | | | | | Sold | 03/26/15 | J | | |
| 128. -Union Pacific Corp stk | | | | | Sold | 03/26/15 | K | | |
| 129. -United Techs stk | | | | | Sold | 03/26/15 | J | | |
| 130. -Verizon stk | | | | | Sold | 03/26/15 | J | | |
| 131. -First Eagle Global fund | | | | | Sold | 03/26/15 | J | | |
| 132. -Alpinelpine Ultra Short Muni Fund | | | | | Sold | 03/26/15 | J | | |
| 133. -Blackrock Global Lng/Sht Credit Fund | | | | | Sold | 03/26/15 | J | | |
| 134. -ML Bk Deposit | | | | | Sold (part) | 03/26/15 | J | | |
| 135. -Vanguard Primecap Fund (y) | | | | | | | | | |
| 136. -Vanguard Grw/inc Fund (y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 11/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Vanguard Health Care Fund (y) | | | | | | | | | |
| 138. -Van guard Sht-Term Fund-(y) | | | | | | | | | |
| 139. -Vanguard Global Equity Fund (y) | | | | | | | | | |
| 140. -Vanguard Intl Grw Fund (y) | | | | | | | | | |
| 141. -Vanguard Div Grw Fund (y) | | | | | | | | | |
| 142. -Vanguard Prime Mon Mkt Fund (y) | | | | | | | | | |
| 143. Vanguard Muni Int Fund | A | Int./Div. | K | T | | | | | |
| 144. Janus Global Life Sci Fund | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 11/16/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

!. My position as trustee for Trust II (line 104) is new to this report and therefore the assets listed in Part VII related to that trust, lines 104-142, are new to the report. Rather than reporting an "x" by each asset in this trust, please accept this amendment to my 2015 report to indicate an "x" in column A of lines 104-142 indicating that these assets were exempt from disclosure in prior years and were disposed of entirely within the reporting period, with the exception of one asset (line 134) which was not entirely disposed of during the reporting period.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Elizabeth A. Jenkins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544